197 So. 903

**Paul Robert SEALS v. STATE.**

**4 Div. 609.**

Court of Appeals of Alabama.

Aug. 6, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

199 So. 914

**James SEAMON v. STATE.**

**6 Div. 625.**

Court of Appeals of Alabama.

Dec. 17, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

190 So. 925

**Leon SEARCY v. STATE.**

**1 Div. 347.**

Court of Appeals of Alabama.

Aug. 24, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

199 So. 915

**Robert SELF v. STATE.**

**8 Div. 70.**

Court of Appeals of Alabama.

Dec. 17, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

199 So. 915

**Vester SHAFFER v. CITY OF TUSCALOOSA.**

**6 Div. 726.**

Court of Appeals of Alabama.

Nov. 28, 1940.

PER CURIAM.

Appeal dismissed, want of prosecution.